## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD GRAVES, | * | CIVIL ACTION NO. 3:14-cv-334 |
| PLAINTIFF, | * | |
| | * | |
| v. | * | |
| | * | COMPLAINT |
| LINEBARGER, GOGGAN, BLAIR, | * | |
| & SAMPSON, LLP, | * | |
| DEFENDANT | * | |

Plaintiff, DONALD GRAVES ("Plaintiff"), through his attorneys, alleges the following against LINEBARGER, GOGGAN, BLAIR, & SAMPSON, LLP, ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Denham Springs, Livingston County, Louisiana.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Austin, Texas.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant places collection telephone calls to Plaintiff in an attempt to collect an alleged debt.

12. Plaintiff's alleged debt arises from transactions for personal, household, and/or family purposes.

13. Defendant places collection calls to Plaintiff at 225-667-35XX.

14. In or around February of 2014, Defendant placed a collection call to Plaintiff and left a voicemail message.

15. In the voicemail message, Defendant's representative failed to state that the call was being placed by a debt collector, and failed to state that the call was being placed to collect an alleged debt.  *See* Transcribed Voicemail Message attached hereto as Exhibit "A."

16. In the voicemail message, Defendant's representative referenced account number 20576089 and directed Plaintiff to return the call to 877-249-8299, which is a number that belongs to Defendant.  *See* Exhibit "A."

17. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated § 1692e of the FDCPA by using false, deceptive or misleading representations or means in connection with the collection of the debt;

    b. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt;

    c. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

WHEREFORE, Plaintiff, DONALD GRAVES, respectfully requests judgment be entered against Defendant, LINEBARGER, GOGGAN, BLAIR, & SAMPSON, LLP, for the following:

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

21. Any other relief that this Honorable Court deems appropriate.

                                              RESPECTFULLY SUBMITTED,

Dated: <u>May 28, 2014</u>                By: <u>/s/ Denis Vega</u>

                                              Denis Vega
                                              Vega & Associates, LLC
                                              4505 Gary Mikel Ave
                                              Metairie, LA 70002
                                              Tel: 504-913-0868
                                              dvega@vegalaw.net
                                              Attorney for Plaintiff,
                                              DONALD GRAVES