# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONALD GRAVES

v.

LINEBARGER, GOGGAN, BLAIR, & SAMPSON, LLP

CIVIL ACTION NUMBER

14-334-SDD-RLB

## ORDER

**CONSIDERING** the *Notice of Voluntary Dismissal*[1] filed by Plaintiff in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and, pursuant to FRCP 41(a)(1)(A), the above reference matter is dismissed without prejudice and with each party to bear their own fees and costs.

Signed in Baton Rouge, Louisiana, on July 16, 2014.

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7.